# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

April 1, 2019

**Via ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Lieble v. Maison Kayser, LLC, et al.*
<u>Case No. 18-cv-11150</u>

Dear Judge Failla:

We are counsel for Plaintiff in the above-referenced matter. We submit this letter jointly with counsel for Defendants to respectfully request an adjournment of the court-ordered mediation.

The parties conferred with the mediator and all believe that a mediation at this time – before a motion for conditional certification is decided – would be premature and not result in fruitful discussions. As such, the parties and the mediator request that the court-ordered mediation be adjourned sine die and for discovery to proceed.

We thank the Court for its time and consideration.

Respectfully submitted,

<u>/s/ Angela Kwon</u>
Angela Kwon, Esq.

cc: all parties via ECF