UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Lieble

                     Plaintiff,

       -against-

Maison Kayser, LLC et al

                     Defendant.
--------------------------------------------------------

Case No.  18-cv-11150

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending              [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Anne Melissa Seelig**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AS3976      My State Bar Number is 4192803

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Lee Litigation Group PLLC
                  FIRM ADDRESS:  30 E. 39th Street, Second Floor New York, NY 10016
                  FIRM TELEPHONE NUMBER: (212) 465-1180
                  FIRM FAX NUMBER: (212)- 465- 1181

NEW FIRM:    FIRM NAME:  Lee Litigation Group PLLC
                  FIRM ADDRESS:  148 W. 24th Street, Eight Floor New York, NY 10011
                  FIRM TELEPHONE NUMBER: (212) 465-1180
                  FIRM FAX NUMBER: (212)- 465- 1181

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated:  5/23/19

_____
ATTORNEY'S SIGNATURE