

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

October 22, 2019

**VIA ECF and EMAIL**

Hon. Katherine P. Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *Lieble v. Maison Kayser et al.,*
      Case No. 18-cv-11150 (KPF)

Dear Judge Failla:

We represent Defendants in the above-referenced matter. Pursuant to the Court's Individual Rules of Practice in Civil Cases 2(C) and 3(C), we write to request 1) an adjournment of the October 24, 2019 Pre-Motion Conference until the first or second week in November, and 2) a two-week extension on responding to Plaintiff's Rule 37.2 Letter. *See* Docket No. 94. After a meet-and-confer teleconference requesting an adjournment, Plaintiff consented to this adjournment so long as the Court does not adjourn the Conference until November 5 or November 7, 2019.

I am currently on medical leave and will be returning to work on November 4, 2019. In addition to my medical leave, which is inhibiting my ability to complete my work during this time, I have a doctor's appointment related to my medical leave that conflicts with the currently scheduled Conference on October 24. Adjourning the Conference will allow me to address the issues surrounding this dispute once my leave concludes.

We also request a two-week extension to file a response to Plaintiff's Rule 37.2 Letter. *See* Docket No. 94. Such extension will also allow me to address Plaintiff's letter once my leave concludes.

We thank the Court for their time in considering this matter.

Hon. Katherine P. Failla
Page 2

Respectfully submitted,

*[signature]*

Christine L. Hogan
Shareholder

cc:     Counsel of Record (via ECF)