UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.D. RYAN LIEBLE, *on behalf of himself and others similarly situated, et al.*,

Plaintiffs,

-v.-

MAISON KAYSER, LLC, *et al.*,

Defendants.

18 Civ. 11150 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendants' letter of December 9, 2019, withdrawing their pending motion for sanctions against Plaintiffs. (Dkt. #104). Accordingly, the briefing schedule for the pending motion for sanctions is terminated. (Dkt. #103). The parties are directed to file a joint letter on or before December 18, 2019, advising the Court whether the discovery disputes addressed during the November 7, 2019 hearing have been resolved, and if not, proposing next steps to address any remaining disputes.

SO ORDERED.

Dated: December 10, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge