# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
cklee@leelitigation.com

January 31, 2020

**Via ECF**

The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Lieble v. Maison Kayser, LLC, et al.*
              Case No. 18-cv-11150

Dear Judge Failla:

    We are counsel for Plaintiff in the above-referenced matter and respectfully submit this letter, jointly with counsel for Defendants, in accordance with the Court's Order dated January 22, 2020 (Dkt. No. 117). The parties have agreed to mediation for a class of all front-of-house employees in all New York Maison Kayser locations for the time period beginning November 29, 2012 to the present. The parties have agreed to split the costs of mediation as follows: Defendants 2/3, Plaintiffs 1/3. The parties are currently in the process of scheduling with Marty F. Scheinman, and expect the mediation to be completed by April 30, 2020.

    Within two weeks of the mediation, the parties will submit a joint letter informing the Court whether they were able to reach a settlement of the matter. In the event the parties do not settle at mediation, the parties will request a lift of the stay and propose a briefing schedule for Plaintiff's motion for conditional collective certification.

Respectfully submitted,

*/s/ C.K. Lee*
Lee Litigation Group, PLLC

cc:    all parties via ecf