# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:    212-465-1188
                    cklee@leelitigation.com

April 1, 2020

**Via ECF**
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  *Leible, et al. v. Maison Kayser, LLC, et al.*
     Case No. 18-cv-11150 (KPF)

Dear Judge Failla:

We are counsel for Plaintiffs in the above-referenced matter. We write, jointly with counsel for Defendants, to respectfully request an extension for the deadline to submit a status letter regarding the results of mediation.

The parties were scheduled to mediate on April 1, 2020, but due to the ongoing situation with COVID-19, the parties agreed to postpone the mediation to May 12, 2020.

Based on the foregoing, the parties respectfully request an extension to file a status letter to update the Court on the results of mediation to two weeks after the new mediation date, to May 26, 2020. Thereafter, the parties additionally request leave to submit a new discovery timeline, in the event that mediation is not successful.

On January 31, 2020, the Court ordered the parties to submit a status letter regarding the results of mediation on or before May 15, 2020. This is first request for an extension to the deadline for the status letter.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

On April 11, 2019, the Court entered a Case Management Plan, which required that the parties complete fact discovery on or before December 31, 2019. (Dkt. #77). On December 26, 2019, the Court granted an extension of pre-certification discovery to March 30, 2020. (Dkt. #112). On January 22, 2020, the Court adjourned all deadlines in this matter for four months, in light of the parties' decision to participate in mediation. (Dkt. #117). The Court noted, however, that it would not grant further extensions of the discovery deadlines. (*Id.*).

In light of this, the parties' application to file a status letter concerning mediation on or before May 26, 2020, is GRANTED. Thereafter the parties may request a further extension of the discovery deadlines, if necessary, but they are reminded that the Court has previously manifested an intention to deny any further extensions of discovery deadlines.

Dated:   April 1, 2020
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE