# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2020
```

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

June 17, 2020

**Via ECF**
The Honorable Judge Robert W. Lehrburger., U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Leible, et al. v. Maison Kayser, LLC, et al.*
      Case No. 18-cv-11150 (KPF)

Dear Judge Lehrburger:

We are counsel to Plaintiff in the above-referenced matter and submit this letter jointly with counsel to Defendants.

We write to inform the Court that the parties have reached a class settlement in principle and are in the process of finalizing the settlement documents. The parties respectfully request thirty (30) days (until July 16, 2020) to file its motion for approval of class settlement.

In view of the contemplated settlement, the parties respectfully request all dates and deadlines, to be adjourned *sine die*.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF

SO ORDERED:
6/17/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE