# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-661-1008
                   anne@leelitigation.com

July 16, 2020

**<u>Via First Class Mail</u>**
The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

      Re:    *Lieble v. Maison Kayser, LLC et al.*
               Case No.: 18-cv-11150

Dear Judge Lehrburger:

      We are counsel to Plaintiff and write, jointly with counsel to Defendants, to respectfully request an adjournment of the date by which to file the settlement agreement for preliminary approval.

      The parties previously informed the Court that a class settlement had been reached following mediation, and that the parties intended to file the settlement agreement for preliminary approval by July 16, 2020. *See* Dkt. 127. As the parties are still in the process of finalizing the settlement documents, we respectfully request an additional three weeks (until August 6, 2020) to file for preliminary approval. This is the parties' first request for an extension of time to file their motion for preliminary approval.

      We thank the Court for its consideration.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

cc: all parties via ECF

SO ORDERED:

7/16/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE