

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

August 20, 2019

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/20/2020
```

Re:   *Lieble et al. v. Maison Kayser et al.,*
      Case No. 18-cv-11150 (KPF)

Dear Judge Lehrburger:

    We represent Defendants in the above-referenced matter. We write to request an extension of time to file the settlement agreement for preliminary approval from August 20, 2020 until September 3, 2020. This is Defendants' first request for such extension and Plaintiffs' counsel consents to this request. The Parties jointly requested two extensions previously, which Your Honor granted.

    The Parties have been frequently communicating to finalize the terms of the settlement agreement. While the Parties remain confident that we will finalize the terms and submit the settlement agreement to the Court for preliminary approval, the Parties are still working to finalize the terms of settlement. I am currently on vacation until August 23, 2020 with limited access to internet, cellphone service, and a workspace. The additional two-week extension would provide me sufficient time to 1) finalize the settlement terms with Plaintiffs' counsel once my vacation concludes; 2) seek my clients' approval of the terms before submission; and 3) provide final consent to Plaintiffs' counsel so they can file the settlement agreement with the Court.

    We thank the Court for its time in addressing this matter.

Respectfully submitted,

*/s/ Christine L. Hogan*

Christine L. Hogan

cc:     Counsel of Record (via ECF)

SO ORDERED:

_____
8/20/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE