# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020
```

WRITER'S DIRECT:       212-465-1188
                       cklee@leelitigation.com

September 2, 2020

**Via ECF**
The Honorable Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Lieble v. Maison Kayser, LLC et al.*
            Case No.: 18-cv-11150

Dear Judge Lehrburger:

    We are counsel to Plaintiff and write, jointly with counsel to Defendants, to respectfully request an extension of the time to file the settlement agreement and motion for preliminary approval from September 3, 2020 until September 17, 2020. The parties jointly requested three extensions previously, which Your Honor granted.

    Although the parties have been communicating and remain confident that they will reach a final agreement on the terms of the class settlement, Defendants need additional time to review and finalize the proposed terms.

    We thank the Court for its consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF

SO ORDERED:

9/2/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE