

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

September 17, 2020

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

Re: *Lieble et al. v. Maison Kayser et al.,*
Case No. 18-cv-11150 (KPF)

Dear Judge Lehrburger:

We represent Defendants, except individual Lou Ramirez, in the above-referenced matter. We write to inform Your Honor and Plaintiffs that Defendants Cosmoledo, LLC, Breadroll, LLC, 2161 Broadway Bakery, LLC, 1800 Broadway Bakery, LLC, 1535 Third Avenue Bakery, LLC, NYC 1294 Third Avenue Bakery, LLC, 1377 Sixth Avenue Bakery, LLC, 787 Seventh Avenue Bakery, LLC, 575 Lexington Avenue Bakery, LLC, 685 Third Avenue Bakery, LLC, 370 Lexington Avenue Bakery, LLC, 8 West Bakery, LLC, 1400 Broadway Bakery, LLC, 400 Fifth Avenue Bakery, LLC, 339 Seventh Avenue Bakery, LLC, and 921 Broadway Bakery, LLC, have recently filed for Chapter 11 bankruptcy protection in the Southern District of New York (the "Debtors"). We have attached the Petition for this case, Case Number 20-12117.

Pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of its bankruptcy petition operates as a stay of—among other things: (a) the continuation of all judicial or other proceedings against the Debtors (i) that were or could have been commenced before the commencement of the Debtor's case, or (ii) to recover any claims against the Debtors that arose before the commencement of the Debtors' case; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estate, of a judgment obtained before the commencement of the Debtor's case; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate. See 11 U.S.C. § 362(a).

Therefore, we ask that you stay this case in its entirety. We thank the Court for its time in addressing this matter.

Respectfully submitted,

Christine L. Hogan
cc:  Counsel of Record (via ECF)