```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
S.D. RYAN LIEBLE, on behalf of himself  :
and others similarly situated,          :           18-CV-11150 (RWL)
                         Plaintiff,     :
                                        :
        - against -                     :           **ORDER**
                                        :
MAISON KAYSER, LLC, et al.,             :
                                        :
                         Defendants.    :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 17, 2020, Defendants filed a letter indicating that they recently filed for Chapter 11 Bankruptcy and requesting a stay of this case pursuant to the automatic stay imposed by the Bankruptcy Code, 11 U.S.C. 362(a).  Based on the automatic stay imposed under the Bankruptcy Code, and no opposition having been filed within the time permitted by the Court's individual rules of practice, this case is hereby STAYED.  Within 14 days of termination of the Defendants' bankruptcy proceedings or other event terminating the automatic stay, Defendants shall so notify the Court.  Until then, Defendants shall file a status report every 90 days.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 23, 2020
       New York, New York

Copies transmitted this date to all counsel of record.