

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Christine L. Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

December 22, 2020

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

    Re:    *Lieble et al. v. Maison Kayser et al.,*
            Case No. 18-cv-11150 (KPF)

Dear Judge Lehrburger:

We represent Defendants, except individual Lou Ramirez, in the above-referenced matter. In accordance with your September 23, 2020 Order, *see* Docket No. 138, we write to provide you with a status update on Maison Kayser's bankruptcy case before the United States Bankruptcy Court for the Southern District of New York.

All of Maison Kayser's assets have been sold and the leases for the Maison Kayser locations have been rejected. Maison Kayser's bankruptcy counsel is currently drafting a plan of liquidation, which is expected to be completed and filed in the second week of January 2021. Once this plan is filed with the bankruptcy court, it is expected that the plan's confirmation will take an additional 90 days.

We thank the Court for its time in addressing this matter.

Respectfully submitted,

*/s/ Christine L. Hogan*

Christine L. Hogan
cc:    Counsel of Record (via ECF)