UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.D. RYAN LEIBLE, ASEP PURNAMA, ANTHONY QUIRINO, DHIRA AHARISKA, ALEXANDER TEEL, TYLER HAYGOOD, SUSAN ROBERTS, CONNER FORSBERG, MAURICE OWENS and JASON MARKS, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

                Plaintiffs,

-against-

MAISON KAYSER, LLC, COSMOLEDO LLC, BREADROLL, LLC, 2161 BROADWAY BAKERY, LLC, 1800 BROADWAY BAKERY, LLC, 1535 THIRD AVENUE BAKERY, LLC, NYC 1294 THIRD AVE BAKERY, LLC, 1377 SIXTH AVENUE BAKERY, LLC, 787 SEVENTH AVENUE BAKERY, LLC, 575 LEXINGTON AVENUE BAKERY, LLC, 685 THIRD AVENUE BAKERY, LLC, 370 LEXINGTON AVENUE BAKERY, LLC, 8 WEST BAKERY LLC, 1400 BROADWAY BAKERY, LLC, 400 FIFTH AVENUE BAKERY, LLC, 339 SEVENTH AVENUE BAKERY, LLC, 921 BROADWAY BAKERY, LLC, 841 BROADWAY BAKERY, LLC, 355 GREENWICH BAKERY, LLC, 326 BLEECKER BAKERY, LLC, LOUIS-JEAN EGASSE, LOU RAMIREZ, and JOSE ALCALAY,

                Defendants.

Case No. 18-CV-11150-RWL

**STIPULATION OF DISMISSAL WITH PREJUDICE**
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2022

---

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants including MAISON KAYSER, LLC, COSMOLEDO LLC, BREADROLL, LLC, 2161 BROADWAY BAKERY, LLC, 1800 BROADWAY BAKERY, LLC, 1535 THIRD AVENUE BAKERY, LLC, NYC 1294 THIRD AVE BAKERY, LLC, 1377 SIXTH AVENUE BAKERY, LLC, 787 SEVENTH AVENUE BAKERY, LLC, 575 LEXINGTON AVENUE BAKERY, LLC, 685 THIRD AVENUE

BAKERY, LLC, 370 LEXINGTON AVENUE BAKERY, LLC, 8 WEST BAKERY LLC, 1400 BROADWAY BAKERY, LLC, 400 FIFTH AVENUE BAKERY, LLC, 339 SEVENTH AVENUE BAKERY, LLC, 921 BROADWAY BAKERY, LLC, 841 BROADWAY BAKERY, LLC, 355 GREENWICH BAKERY, LLC, 326 BLEECKER BAKERY, LLC, LOUIS-JEAN EGASSE, LOU RAMIREZ, and JOSE ALCALAY, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| For Defendants: | For Plaintiff: |
|---|---|
| By: _____ | By: _____ |
| Eric Douglas Witkin, Esq. | C.K. Lee, Esq. |
| Littler Mendelson, P.C. | Lee Litigation Group, PLLC |
| 900 Third Avenue | 148 West 24th Street, Eighth Floor |
| New York, NY 10022-3298 | New York, NY 10011 |
| Telephone: (212) 583-9600 | Telephone: (212) 465-1188 |
| Fax: (212) 832-2719 | Fax: (212) 465-1181 |
| ewitkin@littler.com | cklee@leelitigation.com |
| Date: May 12, 2022 | Date: May 12, 2022 |

SO ORDERED

_____
U.S.M.J.

_____
Dated

For the reasons set forth in Dkt. 149 and 151 the matter is voluntarily dismissed and the Clerk of Court is respectfully requested to close the case.

SO ORDERED:

_____ 5/17/2022
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE